UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 16 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. **4:17CR00373 HEA/NAB** |
| LYWAYNE MARQUIS SCOTT and BYRON C. MISCHEAUX | ) ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, October 20, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**LYWAYNE MARQUIS SCOTT and
BYRON C. MISCHEAUX,**

acting together, each having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess more or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2 and 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney